UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPID RELIEF TEAM (RRT) LTD., | Case No.25-cv-10864-JST |
| Plaintiff, | |
| v. | |
| CHERYL BAWTENHEIMER, | |
| Defendant. | |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the May 26, 2026 Initial Case Management Conference in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )    All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

(X)    At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 3/11/2026                                     Mark B. Busby, Clerk of Court

_____
Signature of Clerk or Deputy Clerk