Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

Carrie Goldberg (*pro hac vice* forthcoming)
C.A. GOLDBERG, PLLC
16 Court St, 33rd Floor
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff,*
*Cheryl Bawtinheimer*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rapid Relief Team (RRT) Ltd., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> Cheryl Bawtinheimer, <br><br> Defendant and Counterclaim-Plaintiff, <br><br> vs. <br><br> Brown Rudnick LLP, Katy-Jade Church, and Michael Graif, <br><br> Counterclaim-Defendants. | Case No.: 4:25-cv-10864-JST <br> JUDGE: Hon. Jon S. Tigar <br><br> **RE-NOTICE OF HEARING** <br><br> **DEFENDANT AND COUNTER CLAIM-PLAINTIFF CHERYL BAWTINHEIMER'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **DATE: June 18, 2026** <br> **TIME: 2:00 p.m.** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer will and hereby does move for a preliminary injunction (the "Motion") against

- 1 -
Re-Notice of Hearing
Case No. 4:25-cv-10864-JST

Plaintiff Rapid Relief Team Ltd. ("RRT") and Counterclaim-Defendants Brown Rudnick LLP ("Brown Rudnick"), Katy-Jade Church, and Michael Graif (collectively, "Defendants"), on June 18, 2026, at 2:00 PM, at the Ronald V. Dellums Federal Building & United States Courthouse, located at 1301 Clay Street, Oakland, CA 94612.

This Motion requests the Court to decide the following issues: (1) whether Bawtinheimer's YouTube videos using RRT's cartoon logo as part of criticism of RRT and its parent entity are fair uses; (2) whether Counterclaim-Defendants issued DMCA notices in bad faith; (3) whether Bawtinheimer will suffer irreparable harm in the absence of an injunction; (4) whether the balance of hardships tips in Bawtinheimer's favor; and (5) whether the public interest would be disserved by the requested injunction.

Bawtinheimer seeks an order from this Court: (1) requiring Defendants to withdraw all DMCA requests sent to YouTube regarding Bawtinheimer's videos; (2) enjoining Defendants from sending any more DMCA notices or other legal threats regarding these videos or any other clearly non-infringing videos; and (3) requiring Counterclaim-Defendants to seek approval from this Court to send any further DMCA notices regarding Bawtinheimer's videos.

Per this Court's notice dated April 6, 2026 (ECF No. 28), this re-notice of hearing on the Motion does not affect the briefing schedule for the Motion.

Dated: April 8, 2026.                                  Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC          C.A. GOLDBERG, PLLC
/s/ Marc J. Randazza
Marc J. Randazza, SBN 269535               Carrie Goldberg (*pro hac vice* forthcoming)
Alex J. Shepard, SBN 295058                 16 Court St, 33rd Floor
8991 W Flamingo Rd., Suite B               Brooklyn, NY 11241
Las Vegas, NV 89147

*Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

Case No. 4:25-cv-10864-JST

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza

- 3 -
Re-Notice of Hearing
Case No. 4:25-cv-10864-JST