Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendant and Counterclaim-Plaintiff,*
*Cheryl Bawtinheimer*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (OAKLAND DIVISION)

Rapid Relief Team (RRT) Ltd.,

      Plaintiff and Counterclaim-Defendant,

  vs.

Cheryl Bawtinheimer,

      Defendant and Counterclaim-Plaintiff,

  vs.

Brown Rudnick LLP, Katy-Jade Church, and Michael Graif,

      Counterclaim-Defendants.

Case No.: 4:25-cv-10864-JST
JUDGE: Hon. Jon S. Tigar

**NOTICE OF ERRATA**

On May 7, 2026, counsel for Bawtinheimer instructed the processes server they hired, Undisputed Legal Inc.[1], to mail a copy the service packet left at Counterclaim-Defendant Michael Graif's house to his home. Counsel was told that process would be done. When counsel called Undisputed Legal on May 18, 2026, Undisputed Legal was unable to confirm the service packet had been mailed to Graif. Counsel again instructed that the service packet be mailed again, just in case, to Graif's home on May 18, 2026, and received verbal confirmation it would be done that

---

[1] https://undisputedlegal.com

day. However, counsel received an affirmation from Undisputed Legal on May 20, 2026, stating the service packet was mailed on May 20, 2026. See **Exhibit A**. In any event, it is now confirmed to have been mailed.

Dated: May 20, 2026.                                    Respectfully submitted,

                                                RANDAZZA LEGAL GROUP, PLLC
                                                /s/ Marc J. Randazza
                                                Marc J. Randazza, SBN 269535
                                                Alex J. Shepard, SBN 295058
                                                8991 W Flamingo Rd., Suite B
                                                Las Vegas, NV 89147

                                                *Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

Case No. 4:25-cv-10864-JST

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP