Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendant and Counterclaim-Plaintiff,*
*Cheryl Bawtinheimer*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (OAKLAND DIVISION)

| | |
|---|---|
| Rapid Relief Team (RRT) Ltd., <br><br>      Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> Cheryl Bawtinheimer, <br><br>      Defendant and Counterclaim-Plaintiff, <br><br> vs. <br><br> Brown Rudnick LLP, Katy-Jade Church, and Michael Graif, <br><br>      Counterclaim-Defendants. | Case No.: 4:25-cv-10864-JST <br> JUDGE: Hon. Jon S. Tigar <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO DEEM SERVED MICHAEL GRAIF AND KATY-JADE CHURCH OR, IN THE ALTERNATIVE, FOR ORDER PERMITTING ALTERNATIVE SERVICE, AND ADMINISTRATIVE MOTION TO EXPEDITE HEARING ON SAME** |

Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer provides notice that she withdraws her Motion to Deem Served Michael Graif and Katy-Jade Church or, in the Alternative, for Order Permitting Alternative Service (ECF No. 50) and her administrative motion to expedite the hearing on that motion (ECF No. 52).

After the Case Management Conference on May 26, 2026, Michael Graif sent an email stating that he and Counterclaim-Defendant Church no longer take the position that they have not been served. Due to this there is no longer a need for the Court to decide the motion to deem served

nor the administrative motion to expedite the hearing on it. Bawtinheimer thus withdraws those motions.

Dated: May 28, 2026.                    Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC
/s/ Marc J. Randazza
Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
8991 W Flamingo Rd., Suite B
Las Vegas, NV 89147

*Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

Case No. 4:25-cv-10864-JST

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza