BROWN RUDNICK LLP
Joel S. Miliband, #77438
jmiliband@brownrudnick.com
4 Park Plaza, Suite 420
Irvine, California 92614
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

Michael R. Graif
Seven Times Square, 46th Floor
New York, NY 10026
Tel.: 212-209-4800
mgraif@brownrudnick.com

Daniel A. Rozansky, #161647
drozansky@brownrudnick.com
2121 Avenue of the Stars, Suite 720
Los Angeles, California 90067
Telephone: (424) 525-0200
Facsimile:  (424) 525-0201

Katherine C. Dearing (*pro hac vice*)
1900 N Street, Fourth Floor
Washington, D.C. 20036
Tel.: 202-536-1700
kdearing@brownrudnick.com

Attorneys for Plaintiff and Counterclaim-Defendants
Rapid Relief Team (RRT) Ltd., and Counterclaim-Defendants
Brown Rudnick LLP, Katy-Jade Church, and Michael Graif

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RAPID RELIEF TEAM (RRT) LTD., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> CHERYL BAWTINHEIMER, <br><br> Defendant and Counterclaim-Plaintiff. <br><br> vs. <br><br> BROWN RUDNICK LLP, KATY-JADE CHURCH, and MICHAEL GRAIF, <br><br> Counterclaim-Defendants. | Case No. 4:25-cv-10864-JST <br><br> HON. JON S. TIGAR <br><br> **NOTICE TO THE COURT REGARDING STATUS OF DEFENDANT'S COUNSEL** <br><br> Action Filed:  December 19. 2025 <br> Amended Complaint Filed:  January 30, 2026 |

### NOTICE TO THE COURT REGARDING STATUS OF DEFENDANT'S COUNSEL

Counsel for Plaintiff/Counterclaim-Defendant Rapid Relief Team (RRT) Ltd. and Counterclaim-Defendants Brown Rudnick LLP, Katy-Jade Church, and Michael Graif write to bring a matter to the Court's attention regarding Marc J. Randazza, counsel for Defendant/Counterclaim-Plaintiff Cheryl Bawtinheimer. It came to counsels' attention on May 30, 2026, that Mr. Randazza is listed as suspended from practice in the Northern District of California. *See* *https://cand.uscourts.gov/attorneys/attorney-bar-membership-status*. It is unknown when he was first suspended.

Counsel for Plaintiff and Counterclaim-Defendants requests a case management conference as soon as practicable in order to discuss the status of Mr. Randazza as counsel for Defendant/Counterclaim-Plaintiff Cheryl Bawtinheimer, whether pleadings, including the Counterclaim and Motion for Preliminary Injunction, both of which were signed by Mr. Randazza, ought to be stricken from the record, and if necessary, adjustments to the case schedule going forward.

DATED: June 1, 2026

Respectfully submitted,

BROWN RUDNICK LLP

By:  /s/ Daniel A. Rozansky
Joel S. Miliband
4 Park Plaza, Suite 420
Irvine, California 92614
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
jmiliband@brownrudnick.com

Michael R. Graif
Seven Times Square
New York, NY 10026
Tel.: 212-209-4800
mgraif@brownrudnick.com

Daniel A. Rozansky
2121 Avenue of the Stars, Suite 720
Los Angeles, California 90067
Telephone: (424) 525-0200
Facsimile:  (424) 525-0201
drozansky@brownrudnick.com

Katherine C. Dearing (*pro hac vice*)
1900 N Street, Fourth Floor
Washington, D.C. 20036
Tel.: 202-536-1700
kdearing@brownrudnick.com

*Attorneys for Plaintiff and Counterclaim-Defendants Rapid Relief Team (RRT) Ltd., and Counterclaim-Defendants Brown Rudnick LLP, Katy-Jade Church, and Michael Graif*