Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendant and Counterclaim-Plaintiff,*
*Cheryl Bawtinheimer*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (OAKLAND DIVISION)

Rapid Relief Team (RRT) Ltd.,

       Plaintiff and Counterclaim-
Defendant,

    vs.

Cheryl Bawtinheimer,

       Defendant and Counterclaim-
Plaintiff,

    vs.

Brown Rudnick LLP, Katy-Jade Church, and
Michael Graif,

       Counterclaim-Defendants.

Case No.: 4:25-cv-10864-JST
JUDGE: Hon. Jon S. Tigar

**RESPONSE TO NOTICE TO THE COURT REGARDING STATUS OF DEFENDANT'S COUNSEL [ECF NO. 61]**

Counsel for Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer file this response to the Notice to the Court Regarding Status of Defendant's Counsel (ECF No. 61).

Upon receiving this notice, Bawtinheimer's counsel viewed the link provided in the notice and confirmed that this Court's website lists Marc Randazza's status as "suspended." Bawtinheimer's counsel reviewed all of Randazza Legal Group's ("RLG") emails and records and have no record of any communications regarding Mr. Randazza being suspended from the bar of this Court. Bawtinheimer's counsel also spoke to one of RLG's paralegals, Cassidy Flavin, who

said that when this case was initiated, she checked Mr. Randazza's status because she had to update his Pacer account to be able to file in this Court, because it wasn't swapped to Next Gen Pacer properly.

Bawtinheimer's counsel will look into this matter as soon as the Court opens tomorrow. However, Mr. Graif's suggestion that Bawtinheimer's pleadings should be stricken is ridiculous. In the event that something has occurred without RLG's knowledge, there is no reason that attorney Alex J. Shepard cannot take over as lead counsel until Mr. Randazza's standing with this Court is restored. Mr. Graif's attempt to take undue advantage of what seems to be a clerical error is disgraceful and should not be credited.

Dated: June 1, 2026.                          Respectfully submitted,

                                              RANDAZZA LEGAL GROUP, PLLC
                                              /s/ Alex J. Shepard
                                              Marc J. Randazza, SBN 269535
                                              Alex J. Shepard, SBN 295058
                                              8991 W Flamingo Rd., Suite B
                                              Las Vegas, NV 89147

                                              *Attorneys for Defendant and Counterclaim-Plaintiff, Cheryl Bawtinheimer*

Response to Notice to the Court Regarding Status of Defendant's Counsel [ECF No. 61]
Case No. 4:25-cv-10864-JST

Case No. 4:25-cv-10864-JST

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Alex J. Shepard
Alex J. Shepard

Response to Notice to the Court Regarding Status of Defendant's Counsel [ECF No. 61]
Case No. 4:25-cv-10864-JST