UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAPID RELIEF TEAM (RRT) LTD.,

    Plaintiff,

    v.

CHERYL BAWTINHEIMER,

    Defendant.

Case No. 25-cv-10864-JST

**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**

Re: ECF No. 29, 33

The Court has prepared a tentative order in response to Plaintiff and Counterclaim-Defendant Rapid Relief Team (RRT) Ltd.'s ("RRT") motion to dismiss and Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer's motion for a preliminary injunction, noticed for hearing on June 18, 2026. The tentative order is attached as Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: June 17, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California