BROWN RUDNICK LLP
Joel S. Miliband, #77438
jmiliband@brownrudnick.com
4 Park Plaza, Suite 420
Irvine, California 92614
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

Michael R. Graif
Seven Times Square, 46th Floor
New York, NY 10026
Tel.: 212-209-4800
mgraif@brownrudnick.com

Daniel A. Rozansky, #161647
drozansky@brownrudnick.com
2121 Avenue of the Stars, Suite 720
Los Angeles, California 90067
Telephone: (424) 525-0200
Facsimile:  (424) 525-0201

Katherine C. Dearing (*pro hac vice*)
1900 N Street, Fourth Floor
Washington, D.C. 20036
Tel.: 202-536-1700
kdearing@brownrudnick.com

Attorneys for Plaintiff and Counterclaim-Defendants
Rapid Relief Team (RRT) Ltd., and Counterclaim-Defendants
Brown Rudnick LLP, Katy-Jade Church, and Michael Graif

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RAPID RELIEF TEAM (RRT) LTD., | Case No. 4:25-cv-10864-JST |
| Plaintiff and Counterclaim-Defendant, | HON. JON S. TIGAR |
| vs. | **NOTICE TO THE COURT REGARDING FACTUAL STATEMENTS MADE IN JUNE 18, 2026 HEARING** |
| CHERYL BAWTINHEIMER, | |
| Defendant and Counterclaim-Plaintiff. | Action Filed:  December 19. 2025 Amended Complaint Filed:  January 30, 2026 |
| vs. | |
| BROWN RUDNICK LLP, KATY-JADE CHURCH, and MICHAEL GRAIF, | |
| Counterclaim-Defendants. | |

## NOTICE TO THE COURT REGARDING FACTUAL STATEMENTS FROM JUNE 18, 2026 HEARING

Plaintiff and Counterclaim-Defendant Rapid Relief Team (RRT) Ltd. and Counterclaim-Defendants Brown Rudnick LLP, Michael Graif, and Katy-Jade Church write this letter to provide a factual correction to the record concerning a statement made during the recent June 18, 2026 hearing.

During the course of the discussion regarding Defendant and Counterclaim-Plaintiff Cheryl Bawtinheimer's ("Defendant") Motion for a Preliminary Injunction, undersigned counsel noted that, putting all other points aside, the requisite irreparable harm was lacking because it was within Defendant's ability to repost edited versions of the videos in question without the allegedly infringing content, i.e., the Cookie Bird Logo (the "Logo"). Counsel for Defendant responded that this was incorrect, and that editing each video to delete the Logo would necessarily mean that the entire portions of the videos where the Logo was shown would be deleted, thus resulting also in the deletion of all the audio and video during these portions of the video.

This is factually incorrect. As YouTube explains, a YouTube user can easily blur images or specific parts of videos directly on YouTube, even after a video has been uploaded.[1] Indeed, the process is very simple:

1. Sign in to YouTube Studio.
2. From the left menu, select **Content** ▣.
3. Click the title or thumbnail of the video you'd like to edit.
4. From the left menu, select **Editor** ▭.
5. Under the "Video editor" section, select **Blur** ❯ select **Custom blur**.
6. Click and drag the box to adjust the blur.

---

[1] https://support.google.com/youtube/answer/9057652?hl=en&ref_topic=9257785&sjid=4916318937459730362-EU.

7. Click **SAVE**.

Furthermore, Plaintiff has confirmed that this blurring action may be taken without affecting the existing URL of the video or its existing comments. Accordingly, Plaintiff reiterates its statement that Defendant can easily make the requested edits to the videos in question without losing the associated audio and video, the URL, or the comments, and therefore Defendant has not suffered the requisite irreparable harm to justify any injunction.

For the avoidance of doubt, Plaintiff also reiterates its open offer that Defendant can re-post the subject videos at any time if Defendant will blur (or otherwise delete) the Logo in these videos[2], pending the Court's final determination, at summary judgment or trial, whether Defendant's use of the Logo constitutes fair use.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] There is also a "Trim" feature on YouTube that allows for modification by removing a particular section or sections of an existing video without affecting the existing URL or comments. https://support.google.com/youtube/answer/9057455?hl=en&ref_topic=9257785&sjid=15079805500647603098-NA.

DATED: June 24, 2026

Respectfully submitted,

BROWN RUDNICK LLP

By: /s/ *Daniel A. Rozansky*

Joel S. Miliband
4 Park Plaza, Suite 420
Irvine, California 92614
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
jmiliband@brownrudnick.com

Michael R. Graif
Seven Times Square
New York, NY 10026
Tel.: 212-209-4800
mgraif@brownrudnick.com

Daniel A. Rozansky
2121 Avenue of the Stars, Suite 720
Los Angeles, California 90067
Telephone: (424) 525-0200
Facsimile:  (424) 525-0201
drozansky@brownrudnick.com

Katherine C. Dearing (*pro hac vice*)
1900 N Street, Fourth Floor
Washington, D.C. 20036
Tel.: 202-536-1700
kdearing@brownrudnick.com

*Attorneys for Plaintiff and Counterclaim-Defendants Rapid Relief Team (RRT) Ltd., and Counterclaim-Defendants Brown Rudnick LLP, Katy-Jade Church, and Michael Graif*