UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAPID RELIEF TEAM (RRT) LTD.,
Plaintiff,

v.

CHERYL BAWTINHEIMER,
Defendant.

Case No. 25-cv-10864-JST

**ORDER INVITING STIPULATION**

Re: ECF No. 70, 75, 76

Pending before the Court is Defendant and Counter-Plaintiff Cheryl Bawtinheimer's motion for a preliminary injunction, Plaintiff and Counter-Defendant Rapid Relief Team (RRT) Ltd. and Counter-Defendant Brown Rudnick LLP's motion to dismiss the counterclaim, Counter-Defendants Katy-Jade Church and Michael Graif's motion to dismiss for lack of jurisdiction, and a cross motion to transfer the case to the United States District Court for the Southern District of New York. ECF Nos. 27, 33, 65, 70. In their various briefs, the parties have indicated their assent to the entire case being transferred to the United States District Court for the Southern District of New York. *See e.g.* ECF No. 70 ("Bawtinheimer is happy to simplify this analysis: she will consent to jurisdiction in SDNY for purposes of all claims related to this action."); ECF No. 75 at 6 ("The most appropriate and efficient course is to deny the motion to dismiss and instead transfer the whole case to the SDNY."); ECF No. 76 at 2 ("Counterclaim-Defendants hereby notify the Court that they consent to, and do not oppose, the transfer of the entire case to the Southern District of New York.").

/ / /

/ / /

/ / /

United States District Court
Northern District of California

Based on the foregoing, the parties are invited to file a stipulation and proposed order by August 25, 2026 transferring this action to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Dated: August 18, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California